# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 16-091 |
| MIGUEL L. JOSEPH | SECTION "N" (2) |

## ORDER & REASONS

Presently before the Court is Defendant Miguel L. Joseph's "Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582 Amendment 782 to the Sentencing Guideline/Request for Appointment of Counsel" (Rec. Doc. 180). In his motion, the Defendant is seeking a modification of his term of imprisonment, pursuant to 18 U.S.C. § 3582(c)(2), as a result of Amendment 782 to the United States Sentencing Guidelines. Having carefully considered the motion and the Government's response thereto, **IT IS ORDERED** that the motion is **DENIED**.

In its opposition to the motion, the Government asserts that because Mr. Joseph was sentenced under the new guideline provisions, which have not been subsequently lowered, he is not entitled to a sentence reduction under 18 U.S.C. § 3582(c)(2). The Court agrees. Following his guilty plea, Mr. Joseph was sentenced on April 12, 2017 to a term of imprisonment of 125 months as to Counts One and Three, and 48 months as to Count Fifteen, all terms to run concurrently. Amendment 782 was effective on November 1, 2014, well *before* Mr. Joseph was sentenced. Thus, because the defendant was sentenced under the guideline provisions that were lowered by Amendment 782, and that are currently in effect, the defendant is not entitled to a reduction of his term of imprisonment under 18 U.S.C. § 3582(c)(2). Accordingly, the motion is **DENIED**.

New Orleans, Louisiana, this 3rd day of November 2017.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**